# In the United States Court of Federal Claims

No. 21-738 C

(Filed: February 18, 2021)

**CHARLES DANIELSON**

    **Plaintiff**

    v.                                                                                      **JUDGMENT**

**UNITED STATES**

    **Defendant**

Pursuant to the court's Order, filed February 18, 2021,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(b), that plaintiff's complaint is dismissed without prejudice for failure to prosecute and to comply with the court's order. No costs are awarded.

        Lisa L. Reyes
        Clerk of Court

By: *Anthony Curry*
        Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Filing fee is $505.00.